



BARRON & NEWBURGER, PC

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

July 13, 2017

Hon. Robert M. Levy
U.S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201

RE: RIVERA et al v FINANCIAL ASSEST MANAGEMENT SYSTEMS, INC.
17-cv-1295

Dear Judge Levy:

Please be advised that this office represents the defendant in the above-captioned matter. I am writing to request an adjournment of the initial conference, now scheduled for July 19, 2017 at 3:30 p.m.

I will be in Seattle on July 19, 2017 attending a conference and there is no other attorney available from this office to handle this matter on that date. I have conferred with plaintiff's counsel and we have agreed on three possible adjourned dates.

Both counsel are available on August 18th, 22nd or 23rd.

This is the second request for an adjournment of the initial court conference and is made with the consent of plaintiff's counsel.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
as/nv