# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

December 16, 2021

VIA ECF  
Hon. William F. Kuntz, II  
United States District Court  
225 Cadman Plaza East  
Brooklyn, New York 11201

  **Re: Joint Request for extension to file joint pre-trial order to February 18, 2022.**

  *Rivera et al. v. Financial Asset Management Systems, Inc.*, **Case No. 1:17-cv-01295-WFK-RML**

Dear Judge Kuntz:

  The undersigned represents Plaintiffs Diandra Rivera and Jeanette Vega in this Fair Debt Collection Practices Act and NY General Business Law case. On September 25, 2020, Your Honor granted and denied in part Plaintiffs' Motion for Summary Judgment. *See* DE 76. And on November 4, 2021, Your Honor denied Plaintiffs' Request for Leave to File a Second Motion for Summary Judgment. DE 83. Accordingly, per Your Honor's Individual Rules, Plaintiff has assumed a joint pre-trial order was due within 60 days of Your Honor's November 4 Order – on January 3, 2022.

  However, due to the holidays and pressing matters in other cases, the parties now request an extension on this deadline from January 3, 2022 to February 18, 2022. No other deadlines have been set yet for this matter so the extension will not affect any other deadlines. This is the first request for an extension of this deadline.

Respectfully submitted,  
/s/  
Ahmad Keshavarz

cc: Opposing counsel via ECF

**SO ORDERED.**

s/ WFK

_____  
HON. WILLIAM F. KUNTZ, II  
UNITED STATES DISTRICT JUDGE

Dated: December 16, 2021  
Brooklyn, New York

1