# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

January 24, 2022

VIA ECF  
Hon. William F. Kuntz, II  
United States District Court  
225 Cadman Plaza East  
Brooklyn, New York 11201

> **Re: Joint Request for Referral to Mediation and Adjournment *Sine Die* of joint pre-trial order.**
>
> ***Rivera et al. v. Financial Asset Management Systems, Inc.*, Case No. 1:17-cv-01295-WFK-RML**

Dear Judge Kuntz:

The undersigned represents Plaintiffs Diandra Rivera and Jeanette Vega in this Fair Debt Collection Practices Act and NY General Business Law case. There is currently a conference scheduled before Magistrate Judge Robert M. Levy on March 8, 2022 to discuss the joint pretrial order and prospects for settlement. The parties have conferred, and we now believe that it would be productive to attempt to resolve this matter in mediation.

Accordingly, the parties jointly request a referral to mediation, and that the March 8 conference and the joint pre-trial order be adjourned *sine die* pending completion of the mediation by May 1, 2022.

Respectfully submitted,  
/s/  
Ahmad Keshavarz

cc: Opposing counsel via ECF